**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MARY CATHERINE FURLOUGH, | § | |
| *Individually and as Executrix of the Estate* | § | |
| *of Carolyn Hammond*, and RICHARD W. | § | |
| SPAULDING, JR., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:15-CV-241 |
| | § | |
| SCHNEIDER NATIONAL CARRIERS, INC. | § | |
| and SHAYNE THOMAS FELTY, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#89), filed April 20, 2017, this action is dismissed in its entirety, with prejudice.  Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 21st day of April, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE